IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Doise, Clifford J | Case Number: 05 B 50124 |
|---|---|---|
| | Doise, Linda M | Judge: Hollis, Pamela S |
| | Printed: 4/15/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 3, 2008
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 50,788.00 | |
| Secured: | | 28,159.32 |
| Unsecured: | | 18,247.98 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 2,680.70 |
| Other Funds: | | 0.00 |
| Totals: | 50,788.00 | 50,788.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Defenders, P.C. | Administrative | 1,700.00 | 1,700.00 |
| 2. | Bank Financial | Secured | 16,100.00 | 15,645.93 |
| 3. | Citizens Bank | Secured | 13,712.29 | 5,149.11 |
| 4. | Bank Financial | Secured | 11,645.60 | 4,550.75 |
| 5. | Harris Trust & Savings Bank | Secured | 7,200.00 | 2,813.53 |
| 6. | Harris Trust & Savings Bank | Unsecured | 18,800.29 | 18,247.98 |
| 7. | Resurgent Capital Services | Unsecured | 4,655.96 | 0.00 |
| 8. | Wells Fargo Financial | Unsecured | 1,416.52 | 0.00 |
| 9. | Chase Manhattan | Unsecured | | No Claim Filed |
| 10. | Ventus Capital Service | Unsecured | | No Claim Filed |
| 11. | Client Collection Services Inc | Unsecured | | No Claim Filed |
| 12. | Diversified Consultants | Unsecured | | No Claim Filed |
| 13. | LTD Financial Services | Unsecured | | No Claim Filed |
| 14. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 15. | Snyder, Sabuco & Beck | Unsecured | | No Claim Filed |
| 16. | Associated Credit Services Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 75,230.66 | $ 48,107.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 934.77 |
| 5% | 140.80 |
| 4.8% | 540.68 |
| 5.4% | 1,064.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Doise, Clifford J
Doise, Linda M
Printed: 4/15/08

Case Number:  05 B 50124
Judge:  Hollis, Pamela S
Filed:  10/12/05

_____
$ 2,680.70

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

